

1  CHARLES S. JACKSON, ESQ.
   Nevada Bar No. 13158
2  **RICHARD HARRIS LAW FIRM**
   801 South Fourth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 444-4444
4  Fax:  (702) 444-4455
   E-Mail: Charlie@richardharrislaw.com
5  *Attorneys for Plaintiffs*

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9  DIONNE PRUITT, individually; BELINDA          Case No. 2:22-cv-01676-APG-NJK
   HILL, individually; DOROTHY HILL,
10 individually

11                 Plaintiffs,

12 vs.
                                                  **MOTION TO REMOVE ATTORNEY**
13 CHARLES ANDERSON, an individual;               **KRISTINA WELLER, ESQ. FROM**
   UNITED STATES OF AMERICA ex rel                **SERVICE LIST**
14 UNITED STATES POSTAL SERVICE,

15                 Defendants.

16        Plaintiffs DIONNE PRUITT, BELINDA HILL, and DOROTHY HILL ("Plaintiffs"), by and

17 through their attorney of record CHARLES S. JACKSON, ESQ., of the RICHARD HARRIS LAW

18
   FIRM, hereby requests that KRISTINA WELLER, ESQ. be removed from the list of counsel to be
19
   noticed.
20

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

                                    Page 1 of 3

KRISTINA WELLER, ESQ. is no longer the handling attorney in this matter.  Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this __2nd__ day of March, 2023.

**RICHARD HARRIS LAW FIRM**

*/s/Charles S. Jackson*
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 S. Fourth St.
Las Vegas, NV 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.
Dated:  March 3, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Page 2 of 3