# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIONNE PRUITT, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE,<br><br>    Defendant | Case No.: 2:22-cv-01676-APG-NJK<br><br>**Order Denying Moot Motions**<br><br>[ECF Nos. 7, 8] |

In light of the amended complaint (ECF No. 12),

I ORDER that the defendant's motions to dismiss and to strike **(ECF Nos. 7, 8) are DENIED as moot** because they are directed at the original complaint.

DATED this 6th day of March, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE