JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dionne Pruitt, individually; Belinda Hill, individually; Dorothy Hill, individually, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>Charles Anderson, an individual; United States of America ex rel United States Postal Service, <br><br>　　　　　Defendants. | Case No. 2:22-cv-01676-APG-NJK <br><br>**Stipulation and Order to Extend Time to File a Responsive Pleading** <br><br>**(First Request)** |

　　　Plaintiffs and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for the Defendants to file and serve a responsive pleading to Plaintiffs' First Amended Complaint, (ECF No. 12). The parties are currently engaged in settlement negotiations. The additional time is needed to allow for the full development of settlement negotiations and potential resolution of this matter.

　　　The current deadline for the Defendants to respond to the Plaintiffs' First Amended Complaint is March 17, 2023.

　　　The parties, through undersigned counsel, stipulate and request that the Court approve a three- weeks extension of time, from March 17, 2023, to April 7, 2023, for the Defendants to file a responsive pleading to the First Amended Complaint. This is the first request for an extension of time.

　　　Therefore, the parties request that the Court extend the deadline for the Defendants to answer or otherwise respond to April 7, 2023.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 16th day of March 2023.

| RICHARD HARRIS LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Charles S. Jackson*<br>CHARLES S. JACKSON<br>Nevada Bar Number 13158<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 17, 2023

2